Xavier R. Donaldson
Anthony S. Chilliest

*Member NY & NJ Bars

# DONALDSON & CHILLIEST, LLP
**Attorneys at Law**
1825 Park Avenue, Suite 1102
New York, New York 10035
Telephone: (212) 722-4900
Facsimile: (212) 722-4966

Ozro Thaddeus Wells
Paula Brown Donaldson
Jaye Ballard
Jason Foy*
Of Counsel

March 5, 2014

**VIA FACSIMILE 212-805-4060**
Magistrate Judge James L. Cott
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Calvin Darden, Jr.*
14 Mj 283 (AJP)

Judge Cott,

Please be advised that I represent Calvin Darden in the above-referenced matter. Mr. Darden appeared for a detention hearing before Judge Peck on February 13, 2014 and the following bail conditions related to Mr. Darden were set:  one million personal recognizance bond; five financially responsible persons ("FRP"); secured by $300,000.00 cash/property; travel limited to SDNY/EDNY; surrender of travel documents (and no new applications); strict pre-trial supervision; home incarceration; electronic monitoring; no release except for Court or with advance notice to meet with counsel; no computer line; defendant to pay cost of electronic monitoring; defendant to be released upon satisfaction of home incarceration and five financially responsible persons; and that the remaining conditions to be met by February 27, 2014.

With the Government's consent, we are respectfully requesting that the bail be modified so that the $300,000.00 cash/property portion can be satisfied through the posting of a bond by New York State Bail Bondman Ira Judelson.

Sincerely,

Xavier R. Donaldson

With no objection from
the Government,
the request for bail modification
is GRANTED.

Jms L. Cott
USMJ
3/5/14