# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

June 16, 2014

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*



**Via Fax No. (212) 805-4060**

Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Room 1970
New York NY 10007

DOC # 14

**Re:** **United States v. Calvin Darden, Jr.**
**Magistrate's Docket No. 14-0283**

Dear Magistrate Judge Ellis:

I write to request a modification of Mr. Darden's bail conditions to permit him to attend his daughter's graduation from kindergarten on June 23, 2014.

Mr. Darden has been on home confinement with electronic monitoring for the past several months. He has been in full compliance with his bail conditions.

I have spoken with Assistant United States Attorney Andrew Adams and United States Pre-Trial Officer Dennis Khilkevich, both of whom consent to this request for modification.

So Ordered
Ronald Ellis
6-16-14

Respectfully,

Jennifer L. Brown
Attorney-in-Charge
Tel.: (212) 417-8722

JLB:nn

cc: Andrew Adams, Esq.
    Assistant United States Attorney
    andrew.adams@usdoj.gov

    Mr. Dennis Khikevich
    United States Pre-Trail Agency
    dennis_khikevich@nyspt.uscourts.gov

TOTAL P.002

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

## FAX COVER SHEET

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC. WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

| | |
|---|---|
| **FAX TO:** | Honorable Ronald L. Ellis |
| **FAX NUMBER:** | (212) 805-4060 |
| **DATE SENT:** | June 16, 2014 |
| **SENDER:** | Jennifer L. Brown, Esq. |
| **NO. OF PAGES:** | 2 (including this cover sheet) |
| **COMMENTS:** | United States v. Calvin Darden, Jr.; 14 Mag 0283 |

If problems with this transmission occur, please call (212) 417-8700

Fax No: (212) 571-0392