# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 9, 2014

DOC # 15

Approved on consent.
/s/ Andrew J. Peck
7/9/11

U.S. DISTRICT COURT
FILED
JUL 09 2014
S.D. OF N.Y.

**Via Fax No. (212) 805-4060**

Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York NY 10007

Re: **United States v. Calvin Darden, Jr.**
**Magistrate's Docket No. 14-0283**

Dear Magistrate Judge Peck:

I write to request a modification of Mr. Darden's bail conditions to permit his twelve year-old son to use an X-box during his visit to Mr. Darden's home from Friday July 11 to Saturday July 12.

Mr. Darden has been on home confinement with electronic monitoring for the past several months. He has been in full compliance with his bail conditions.

I have spoken with Assistant United States Attorney Andrew Adams who consents to this request for modification.

Respectfully,

Jennifer L. Brown
Attorney-in-Charge
Tel.: (212) 417-8722

cc: Andrew Adams, Esq.
Assistant United States Attorney
andrew.adams@usdoj.gov

Mr. Dennis Khikevich
United States Pre-Trail Agency
dennis_khikevich@nyspt.uscourts.gov

TOTAL P.002

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**FAX COVER SHEET**

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC. WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

| | |
|---|---|
| **FAX TO:** | Honorable Andrew J. Peck |
| **FAX NUMBER:** | (212) 805-4060 |
| **DATE SENT:** | July 9, 2014 |
| **SENDER:** | Jennifer L. Brown, Esq. |
| **NO. OF PAGES:** | 2 (including this cover sheet) |
| **COMMENTS:** | United States v. Calvin Darden, Jr. 14 Mag 0283 |

If problems with this transmission occur, please call (212) 417-8700

Fax No: (212) 571-0392